1206

...sideration in light of *Berkemer* v. *McCarty*, ante, p. 420.

No. 82–819.  UNITED STATES v. CROZIER ET AL.  C. A. 9th Cir.  Motion of respondent Florence Margaret Wolke for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Segura* v. *United States*, ante, p. 796; *United States* v. *Leon*, ante, p. 897; and *United States* v. *$8,850*, 461 U. S. 555 (1983).

No. 83–24.  UNITED STATES v. TATE ET AL.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Leon*, ante, p. 897.

No. 83–817.  WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. v. DOUGLAS.  C. A. 11th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Strickland* v. *Washington*, 466 U. S. 668 (1984).